UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No. 8:99-CR-78-T-27MSS

BETTY PAYNE

_____/

## ORDER

**BEFORE THE COURT** is a recommendation from the U.S. Probation office that Defendant's term of supervised be allowed to terminate as scheduled with money owing. The U.S. Attorney's office is directed to file a response to that recommendation within five (5) days of the date of this Order.

**DONE AND ORDERED** in chambers this 8th day of September, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
U.S. Probation Office