| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 8:99-cr-78-T-27MAP |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:18-CR-135 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick Talbert | Middle District of Florida | Tampa |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James D. Whittemore | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/30/2017 — TO 10/29/2020 |

**OFFENSE**

Conspiracy to Commit Mail Fraud, Wire Fraud, and to Transport Property Taken by Fraud Across State Lines; Count One: Conspiracy to Commit Money Laundering; Count 2: Mail Fraud; Counts 3, 4, 6, and 7: Money Laundering; Counts 8-12: Unlawful Monetary Transactions Derived from Mail Fraud; Counts 13-17.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  MIDDLE  DISTRICT OF  FLORIDA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/27/18                                       /s/ J. Whittemore
*Date*                                         *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/19/2018                                      /s/
*Effective Date*                               *United States District Judge*